# United States Court of Appeals
## For the First Circuit

No. 08-1820

UNITED STATES OF AMERICA,

Appellee,

v.

NATANAEL DE LA PAZ-RENTAS, a/k/a NATO,

Defendant, Appellant.

_____

No. 08-1821

UNITED STATES OF AMERICA,

Appellee,

v.

VICTOR SANJURJO-NUNEZ,

Defendant, Appellant.

_____

No. 09-1397

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO MOLINA-BONILLA,

Defendant, Appellant.

_____

No. 09-1639

UNITED STATES OF AMERICA,

Appellee,

v.

WALDEMAR TORRES-GONZALEZ, a/k/a WALDY,

Defendant, Appellant.
_____

**ERRATA**

The opinion of this Court, issued on July 20, 2010, should be amended as follows.

On page 5, lines 3, 11, 21 and 31, replace "18 U.S.C. §§ 2, 922(a)(1)(A) & (D)" with "18 U.S.C. §§ 2, 922(a)(1)(A), 924(a)(1)(D)".